UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

**TEEVEE TOONS, INC.**
**d/b/a TVT RECORDS,**

      Debtor.

Case No. 08-10562 (ALG)

Chapter 7 (Converted)

# ORDER ESTABLISHING PROCEDURES GOVERNING ALL AVOIDANCE ACTIONS BROUGHT PURUSANT TO 11 U.S.C. §§ 547 AND 550

Upon the Motion[1] of Ian J. Gazes (the "Trustee"), Trustee in the Chapter 7 case of TeeVee Toons, Inc., d/b/a TVT Records (the "Debtor") dated February 25, 2010, for entry of an order to establish certain procedures in connection with the prosecution of the avoidance actions brought by the Trustee pursuant to 11 U.S.C. §§ 547 and 550, and it appearing that the Court has jurisdiction over this matter under 28 U.S.C. 1334(b) and the Standing Referral Order of the United States District Court for the Southern District of New York, dated July 10, 1984 (Ward, Acting C.J.); and it appearing that consideration of the Motion is a core proceeding under 28 U.S.C. §§ 157(b)(2) (A), (F) and (O); and it appearing that venue of this case and the Motion in this district is proper under 28 U.S.C. §§1408 and 1409(a); and it appearing that the relief requested in the Motion is fair and equitable and in the best interests of the Debtor's estate, its creditors, and other parties in interest; and it appearing from the Certificate of Service filed with this Court that due and sufficient notice of the Motion has been given to parties entitled to receive notice and no further notice thereof is required; and a hearing having been held and due deliberation having been had thereon and sufficient cause appearing therefore; it is

      **ORDERED**, the Motion is granted; and it is further

---

[1] Capitalized terms used, but not defined herein, shall have the meanings ascribed to such terms in the Motion

**ORDERED,** that the Trustee and the defendant in each Avoidance Action may extend the time to take any act required under the Bankruptcy Rules including but not limited to the time to move and/or answer the complaint and the time to respond to discovery in their sole discretion and that no order of this Court is required to effectuate such extensions; and it is further

**ORDERED**, that with respect to the settlement of any Avoidance Action seeking to avoid and recover aggregate transfers of $50,000.00 or less, the Trustee shall provide notice of the settlement by notice of presentment as provided in Local Bankruptcy Rule 2002-2(b) limited to the twenty largest creditors, the United States Trustee, Debtor's counsel, the attorneys for the former chapter 11 creditors committee, and those parties who have filed notices of appearance with requests for documents (collectively, the "Notice Parties") and it is further

**ORDERED**, that with respect to the settlement of any Avoidance Actions seeking to avoid and recover aggregate transfers in excess of $50,000.00, the Trustee shall file a Rule 9019 Motion with notice to the Notice Parties.

Dated: New York, New York
      April 6, 2010

                                 _/s/ Allan L. Gropper_
                                 HONORABLE ALLAN L GROPPER
                                 UNITED STATES BANKRUPTCY JUDGE

NO OBJECTION:
The Office of the United States Trustee
Dated: March 23, 2010

By:     _/s/ Nazar Khodorovsky_
        Nazar Khodorovsky, Trial Attorney